**Order filed November 21, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00034-CV**

_____

**HELEN MAYFIELD, Appellant**

**V.**

**THE EAGLE NEWSPAPER, HOLLY HUFFMAN, MATTHEW WATKINS & JOHN P. BARNWELL, CEO OF THE EVENING POST PUBLISHING CO., JOINTLY AND SEVERALLY, Appellees**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-26254

## O R D E R

Appellant's brief was due August 29, 2013. Appellant requested and was granted an extension of time to file her brief until October 28, 2013, with a notation that no further extensions would be granted absent exceptional circumstances. No brief or further motion for extension of time has been filed. Accordingly, we issue the following order:

Unless appellant files a brief with the clerk of this court on or before **December 16, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM